

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| ERIC M. CIAMPA, Debtor | Ch. 13<br>16-10913-FJB |

## Proceeding Memorandum and Order

**MATTER:**
#199 Motion filed by Creditor Katarzyna Heath for Relief from Stay Re: pending State Court matter. (Sobczak, Krzysztof)
#200 Opposition filed by the Debtor Eric M. Ciampa. (Lipton, Marques)

**Decision set forth more fully as follows:**
Hearing held. A ruling on this motion for relief from stay depends on the court's determination as to whether the movant's claim is a domestic support obligation as defined by 11 U.S.C. section 101(14A). That determination will be made after an evidentiary hearing to be scheduled in connection with the debtor's motion at docket #204. Thus, this motion for relief from stay is hereby denied without prejudice to renewal after such determination.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 11/7/2019