# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| IN RE<br>   ERIC CIAMPA<br>     Debtor | Chapter 13<br>Case No.: 16-10913-FJB |

## DEBTORS' REPONSE TO CHAPTER 13 TRUSTEE'S
## AFFIDAVIT OF NON-COMPLIANCE

NOW COMES the Debtor, Eric Ciampa and respectfully responds to the Trustee's Affidavit of Non-Compliance as follows:

1. Since the filing of the Trustee's Affidavit, the Debtor has made an additional payment of $464 and has scheduled two additional payments of $464 to process on March 20 and March 30, 2020 and anticipates curing the balance before April 30, 2020.

WHEREFORE the Debtor requests that the Trustee's Motion to Dismiss be denied.

                                            Respectfully submitted
                                            Eric Ciampa
                                            By his attorney,

Dated: March 23, 2020                   */s/ Marques C. Lipton*
                                                            Marques C. Lipton, BBO #676087
                                                              Nina M. Parker, BBO #389990
                                                               Parker & Lipton
                                                               Parker & Associates LLC
                                                               10 Converse Place, Suite 201
                                                               Winchester, MA 01890
                                                               (781) 729-0005
                                                               mlipton@parkerlipton.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE
   ERIC CIAMPA                     Chapter 13
      Debtor                        Case No.: 16-10913-FJB

## CERTIFICATE OF SERVICE

I, Marques Lipton, hereby certify that I have this day served upon the following parties a true and correct copy of the Debtors' Response to the Chapter 13 Trustee's certificate of non-compliance:

**Via ECF**
Carolyn Bankowski, Esq., Chapter 13 Trustee

**Via Email**
Eric Ciampa

Dated: March 23, 2020                      */s/ Marques C. Lipton*
                                                 Marques C. Lipton